UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE CHEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>SS&C TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION NO.: 23 Civ. 238 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **January 31, 2023**, the parties shall file a joint letter proposing a briefing schedule for Plaintiff's motion (ECF No. 15) to quash the subpoena served by Defendant on Comvest Partners ("Comvest").

Plaintiff shall promptly serve a copy of this Order on Comvest.

Dated:　　　New York, New York
　　　　　　January 27, 2023

　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**