UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE CHEN, and all other similarly situated employees of SS&C,

          Plaintiffs,

-v-

SS&C TECHNOLOGIES, INC.,

          Defendant.

CIVIL ACTION NO.: 23 Civ. 238 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant SS&C Technologies, Inc.'s ("SS&C") request (ECF No. 24) to temporarily file under seal (i) an excerpt of Plaintiff Christine Chen's ("Chen") deposition transcript (the "Transcript") and (ii) the portions of SS&C's opposition (ECF Nos. 25, 26 (the "Opposition")) to Chen's motion to quash (ECF No. 15) that the reference the Transcript, is GRANTED. By **February 10, 2023**, Chen shall file her motion (the "Motion"), if any, explaining why the Transcript should remain under seal, and shall include her proposed redactions to the Transcript. The documents at ECF Nos. 25 and 28 shall remain as visible only to the selected parties in the meantime. If Chen does not file the Motion, ECF Nos. 25 and 28 will then be unsealed.

The Clerk of Court is respectfully directed to close ECF No. 24.

Dated:     New York, New York
            February 6, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**